UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:25-MJ-84 |
| | ) | |
| TODD ALLEN TREMBLEY, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

During an initial appearance on May 5, 2025, Defendant requested court-appointed counsel, for which the Court determined he is financially qualified. Therefore, the Court appoints Jonathan Wood, Esq., a member in good standing with the CJA panel, to represent Defendant.

**SO ORDERED:**

/s/Cynthia Richardson Wyrick
United States Magistrate Judge