UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | 2:25-CR-063 |
| v. | ) | JUDGE CORKER |
| | ) | |
| TODD ALLEN TREMBLEY | ) | |

<u>U.S.S.G. § 3E1.1(b) MOTION</u>

NOW COMES the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and pursuant to U.S.S.G. § 3E1.1(b) states that the defendant has assisted authorities by timely notifying the United States of his intention to enter a guilty plea, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

    Respectfully submitted,

    FRANCIS M. HAMILTON III
    United States Attorney

By:   <u>*s/ Andrew C. Parker*</u>
    ANDREW C. PARKER
    Assistant U.S. Attorney
    FL Bar No.: 100949
    220 W. Depot Street, Suite 423
    Greeneville, Tennessee 37743
    andrew.parker@usdoj.gov
    (423) 639-6759