## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | **DOCKET NO. 2:25-CR-63-01** |
| | ) | **(JUDGE CORKER)** |
| | ) | |
| TODD ALLEN TREMBLEY | ) | |

## SENTENCING MEMORANDUM

Comes now Defendant Todd Allen Trembley, by and through counsel, and files his sentencing memorandum and would show this Honorable Court the following:

### Statement of Law

The Supreme Court transformed the Sentencing Guidelines from a mandatory scheme into an advisory resource in *United States v. Booker*, 543 U.S. 220 (2005). In the post-*Booker* world, the district court must consider the applicable advisory Guidelines range, as well as the other factors listed in 18 U.S.C. § 3553(a), *United States v. Ferguson*, 456 F.3d 660, 664 (6th Cir. 2006). The district court's sentence must be reasonable. *Id.* Any sentence must be "sufficient, but not greater than necessary" to comply with the purposes set forth in § 3553(a). 18 U.S.C. § 3553(a)(2).

The district court should not presume a sentence within the Guidelines range is reasonable per se. *Gall v. United States,* 552 U.S. 38, 50 128 S. Ct. 586 (2007). Instead, the sentencing court should make an individualized assessment based on the facts of the case and a thorough review of the §3553(a) factors. *Id.* The sentencing judge has familiarity with the case

and the defendant, thus is in a better position to find facts and evaluate their import under §3553(a). *Kimbrough v. United States,* 552 U.S. 85, 109, 128 S. Ct. 558 (2007).

## Legal Analysis

Pursuant to 21 U.S.C. § 846, 21 U.S.C. §841(a)(1), and 21 U.S.C. §841(b)(1)(A), Mr. Trembley is subject to a statutory term of 10 years to life imprisonment. Counsel for Mr. Trembley has filed a notice of objections to the PSR. Mr. Trembley is requesting that this Honorable Court rule in his favor of his filed objections, wherein creating a potential sentence under the advisory Sentencing Guidelines of an adjusted offense level of 33 and a criminal history category III, whereby yielding a recommended imprisonment range of 168 to 210 months. Any sentence imposed from the applicable sentencing guidelines is subject to a Booker analysis. Therefore, this Honorable Court shall impose a sentence "sufficient, but not greater than necessary, to comply with the purposes" of 18 U.S.C § 3553(a)(2).

## Conclusion

Mr. Trembley respectfully requests that this Honorable Court impose a term of imprisonment of no more than 168 months. This would be a sentence that is sufficient but not greater than necessary to meet the statutory purposes of sentencing. This is a prison sentence which is necessary for just punishment, deterrence, and protecting the community. Anything more, however, would be greater than necessary. And finally, Mr. Trembley asks this Honorable Court that he be incarcerated in a facility that would offer the 500-hour drug treatment program so that he can address his dependency issues.

Respectfully submitted this the 21st day of January, 2026.

By: s/Jonathan S. Wood_____
Jonathan S. Wood (BPR # 020342)

Attorney for Todd Trembley
P.O. Box 23857
Knoxville, TN 37933-1857
(865) 675-4830

## CERTIFICATE OF SERVICE

 I do certify that on the 21st day of January, 2026, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

       s/Jonathan S. Wood