IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *SENTENCING*

USA vs **TODD ALLEN TREMBLEY**  Date: **February 4, 2026**

Case No. **2:25-CR-63-001**  Time **1:36 p.m.** to **2:19 p.m.**

Honorable **Clifton L. Corker**, U.S. District Judge, Presiding

| Leah Kingry | Karen Bradley | Andrew C. Parker |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Assist. U.S. Attorney** |

**Defendant**  **Defense Attorney**

Todd Allen Trembley  Jonathan S. Wood

Jessica D. Early
**Probation Officer**

- [✓] **Defendant given opportunity to speak and** [✓] speaks [ ] declined to speak
- [ ] **Govt. Motion:** [ ] granted [ ] denied
- [ ] **Defense Motion:** [ ] granted [ ] denied
- [✓] **Govt. moves for third point reduction for acceptance of responsibility** [✓] granted [ ] denied
- [✓] **COURT PRONOUNCES JUDGMENT:**

The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **168 months** as to Count 1 of the Indictment. This sentence shall be served concurrently to any sentence that might be imposed for the pending probation violation in Greene County, Tennessee, Criminal Court Docket Number 22CR21. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **five (5) years.** The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess any ammunition, a firearm, destructive device or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. The defendant shall comply with the special conditions set forth in the J&C.

- [✓] **Special Assessment:** $100.00
- [✓] **Fine:** [✓] waived [ ] due
- [ ] **Restitution:**
- [ ] **Joint/Several:**

☑ **Interest on Restitution:** ☐ due ☑ waived

☑ **Court Recommends:**
The Court will recommend that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institution Residential Drug Abuse Treatment Program. It is further recommended the defendant receive a physical health evaluation and a mental health evaluation, and any needed treatment while in the custody of the Bureau of Prisons. In addition, the Court will recommend that the defendant be afforded a full range of educational and vocational programs offered by the Bureau of Prisons. Lastly, the Court will recommend the defendant be designated to the BOP facility at FMC Lexington, KY.

☑ Placed in custody of U.S. Marshal